UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10237-RWZ

PABLO RIVERA, JR.

v.

THOMAS DICKHAUT

ORDER
March 12, 2012

ZOBEL, D.J.

Petitioner's motion to vacate the order of dismissal of his petition for a writ of habeas corpus is denied in light of the prohibition in 28 U.S.C. § 2254(i). However, even if vacatur were available, the petition would still be subject to dismissal as the statute of limitations had run when the petition was filed.

The motion to vacate the order of dismissal (Docket # 12) is DENIED. The motion to amend the petition (Docket # 14) is DENIED AS MOOT.

| March 12, 2012 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |